**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DYSON, INC., an Illinois Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 08 CV 2068 |
| | ) | |
| LINENS 'N THINGS, INC, a Delaware Corporation, | ) | Judge: The Hon. Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE MOTION**

TO:   Caroline C. Plater
      cplater@kelleydrye.com

**PLEASE TAKE NOTICE** that on April 24, 2008, 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear on behalf of the above captioned Defendant before the Honorable Judge Kendall, in the courtroom usually occupied by said Judge, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the *Agreed* **Motion to Extend the Deadline to File a Responsive Pleading**, a copy of which is attached hereto and hereby served upon you.

Dated:  April 16, 2008.

Respectfully submitted,

    s/ Casey L. Westover
Attorney for Defendant

Casey L. Westover (6276161)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000
cwestover@reedsmith.com

Barry M. Golden
Peter L. Loh
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
(214) 999-4746
ploh@gardere.com
bgolden@gardere.com