IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation )<br>)<br>        Plaintiff, )<br>  vs. )<br>)<br>LINENS 'N THINGS, INC, a Delaware )<br>Corporation, )<br>)<br>        Defendant. )<br>)<br>) | No. 1:08-cv-02068<br><br>Judge: The Hon. Virginia M. Kendall |

## LINENS 'N THINGS, INC.'S MOTION TO DISMISS

Defendant Linens 'n Things, Inc., by and through its attorneys, respectfully moves the Court to Dismiss Plaintiff Dyson, Inc.'s Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(3),(6), and (7) and Fed. R. Civ. P. 9(b).  The basis and reasons for Defendant's motion are set out in the attached Memorandum of Law in Support of Linens 'n Things, Inc.'s Motion to Dismiss.

Dated: April 28, 2008.

                                Respectfully submitted,

                                      s/ Casey L. Westover
                                Attorney for Defendant

                                Robert A. Roth (6200416)
                                Casey L. Westover (6276161)
                                Reed Smith LLP
                                10 South Wacker Drive
                                Chicago, IL 60606-7507
                                (312) 207-1000
                                rroth@reedsmith.com
                                cwestover@reedsmith.com

                                Barry M. Golden
                                Peter L. Loh
                                Gardere Wynne Sewell LLP
                                1601 Elm Street, Suite 3000
                                Dallas, TX 75201
                                (214) 999-4746
                                bgolden@gardere.com
                                ploh@gardere.com

**CERTIFICATE OF SERVICE**

      I, Casey L. Westover, one of the attorneys for Defendant Linens 'N Things, Inc., hereby certify that on April 28, 2008, I electronically filed the foregoing "**LINENS 'N THINGS, INC.'S MOTION TO DISMISS**" with the Clerk of the Court using the ECF system which will send notificaiton of such filings to the following:

| | |
|---|---|
| Caroline C. Plater | Henry Kelly |
| Kelley Drye & Warren LLP | Kelley Drye & Warren LLP |
| cplater@kelleydrye.com | hkelly@kelleydrye.com |

                                                                                        s/ Casey L. Westover  
                                                                                          Casey L. Westover