IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LINENS 'N THINGS, INC, a Delaware ) <br> Corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 1:08-cv-02068 <br><br> Judge: The Hon. Virginia M. Kendall |

## NOTICE OF MOTION

**To:**   Caroline C. Plater                              Henry Kelly
          cplater@kelleydrye.com                    hkelly@kelleydrye.com

**PLEASE TAKE NOTICE** that on May 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear on behalf of the above captioned Defendant before the Honorable Judge Kendall, in the courtroom usually occupied by said Judge, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Linens 'n Things, Inc.'s Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you.

Dated: April 28, 2008

Dated:  April 28, 2008.

                Respectfully submitted,

                   s/ Casey L. Westover
                Attorney for Defendant

                Robert A. Roth (6200416)
                Casey L. Westover (6276161)
                Reed Smith LLP
                10 South Wacker Drive
                Chicago, IL 60606-7507
                (312) 207-1000
                rroth@reedsmith.com
                cwestover@reedsmith.com

                Barry M. Golden
                Peter L. Loh
                Gardere Wynne Sewell LLP
                1601 Elm Street, Suite 3000
                Dallas, TX 75201
                (214) 999-4746
                bgolden@gardere.com
                ploh@gardere.com

## **CERTIFICATE OF SERVICE**

I, Casey L. Westover, one of the attorneys for Defendant Linens 'n Things, Inc., hereby certify that on April 28, 2008, I electronically filed the foregoing "**Notice of Motion**" with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

Caroline C. Plater                    Henry Kelly
Kelley Drye & Warren LLP              Kelley Drye & Warren LLP
cplater@kelleydrye.com                hkelly@kelleydrye.com


                                                 ___s/ Casey L. Westover_____
                                                     Casey L. Westover