IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation </br></br> Plaintiff, </br></br> vs. </br></br> LINENS 'N THINGS, INC, a Delaware Corporation, </br></br> Defendant. | No. 1:08-cv-02068 </br></br> Judge: The Hon. Virginia M. Kendall |

## DEFENDANT LINENS 'N THINGS, INC.'S CORPORATE DISCLOSURE STATEMENT

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant Linens 'n Things, Inc., by and through its undersigned counsel of record, herby certifies pursuant to Federal Rule of Civil Procedure 7.1 that Linens Holdings Co. owns 100% of Defendant Linens 'n Things, Inc.

-2-

Dated: April 28, 2008.

                                Respectfully submitted,

                                s/ Casey L. Westover
                                Attorney for Defendant

                                Robert A. Roth (6200416)
                                Casey L. Westover (6276161)
                                Reed Smith LLP
                                10 South Wacker Drive
                                Chicago, IL 60606-7507
                                (312) 207-1000
                                rroth@reedsmith.com
                                cwestover@reedsmith.com

                                Barry M. Golden
                                Peter L. Loh
                                Gardere Wynne Sewell LLP
                                1601 Elm Street, Suite 3000
                                Dallas, TX 75201
                                (214) 999-4746
                                bgolden@gardere.com
                                ploh@gardere.com

## CERTIFICATE OF SERVICE

      I, Casey L. Westover, one of the attorneys for Defendant Linens 'n Things, Inc., hereby certify that on April 28, 2008, I electronically filed the foregoing "**Corporate Disclosure Statement**" with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Caroline C. Plater | Henry Kelly |
| Kelley Drye & Warren LLP | Kelley Drye & Warren LLP |
| cplater@kelleydrye.com | hkelly@kelleydrye.com |

                                                       s/ Casey L. Westover  
                                                         Casey L. Westover