IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINENS 'N THINGS, INC, a Delaware )<br>Corporation, )<br>)<br>Defendant. )<br>)<br>) | No. 1:08-cv-02068<br><br>Judge: The Hon. Virginia M. Kendall |

## DEFENDANT LINENS 'N THINGS, INC.'S NOTIFICATION OF AFFILIATES

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Local Rule 3.2, Linens 'n Things, Inc., by and through its undersigned counsel of record, hereby certifies that as of April 28, 2008, based on information filed with the Securities and Exchange Commission, persons known to Linens 'n Things, Inc. to beneficially own 5% or more of its outstanding common stock are as follows:

| Name and Address of Beneficial Owner | Percentage of Class Outstanding |
|---|---|
| Linens Holdings Co.<br>6 Brighton Road<br>Clifton, New Jersey 07015 | 100% |

The following entities have an ownership interest in Linens Holdings Co.:

| Name and Address of Beneficial Owner | Percentage of Class Outstanding |
|---|---|
| Robert DiNicola<br>6 Brighton Road<br>Clifton, New Jersey 07015 | .3074% |
| F. David Coder<br>Address unknown at this time | .0231% |
| George Golleher<br>Address unknown at this time | .0768% |

- 2 -

| Name and Address of Beneficial Owner | Percentage of Class Outstanding |
|---|---|
| Linens Investors, LLC<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | 99.5927% |

Based on publicly available information, Linens 'n Things, Inc. does not believe that any of the above-listed entities are publicly held.

Dated:  April 28, 2008.

                                        Respectfully submitted,

                                              s/ Casey L. Westover
                                        Attorney for Defendant

                                        Robert A. Roth (6200416)
                                        Casey L. Westover (6276161)
                                        Reed Smith LLP
                                        10 South Wacker Drive
                                        Chicago, IL 60606-7507
                                        (312) 207-1000
                                        rroth@reedsmith.com
                                        cwestover@reedsmith.com

                                        Barry M. Golden
                                        Peter L. Loh
                                        Gardere Wynne Sewell LLP
                                        1601 Elm Street, Suite 3000
                                        Dallas, TX 75201
                                        (214) 999-4746
                                        bgolden@gardere.com
                                        ploh@gardere.com

-3-

## CERTIFICATE OF SERVICE

I, Casey L. Westover, one of the attorneys for Defendant Linens 'n Things, Inc., hereby certify that on April 28, 2008, I electronically filed the foregoing "**Notification of Affiliates**" with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

Caroline C. Plater  
Kelley Drye & Warren LLP  
cplater@kelleydrye.com

Henry Kelly  
Kelley Drye & Warren LLP  
hkelly@kelleydrye.com

s/ Casey L. Westover  
Casey L. Westover