## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Dyson, Inc.
                            Plaintiff,

v.                                              Case No.: 1:08−cv−02068
                                                Honorable Virginia M. Kendall

Linens 'N Things, Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

  MINUTE entry before Judge Honorable Virginia M. Kendall: Defendant Linens 'N Things Inc.'s Motion to Dismiss [13] is taken under advisement: responses due 5/14/2008; replies due 5/21/2008. The 5/5/08 presentment date for said motion is stricken; no appearance is required. Parties shall appear for the Initial Status Hearing on 5/8/08 and file a Status Report as previously ordered. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.