IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation,<br><br>Plaintiff<br><br>v.<br><br>LINENS 'N' THINGS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-2068<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

Please take notice that on **Thursday, May 8th at 9:00 a.m.**, or as soon as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, United States District Court Judge, or any judge sitting in her stead, in the courtroom usually occupied by her in room 2319, in the United Stated District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Plaintiff's Motion to Set a Briefing Schedule on Defendant's Motion to Dismiss to Allow for Limited Discovery**, a copy of which is attached hereto.

April 30, 2008

                                                      /s/ Caroline C. Plater
                                                      One of the Attorneys for Plaintiff,
                                                      DYSON, INC.

Henry T. Kelly, #6196301
Caroline C. Plater, #6256076
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

## CERTIFICATE OF SERVICE

Caroline C. Plater, an attorney, certifies that on the 30th day of April, 2008, she caused copies of **Plaintiff's Motion to Set a Briefing Schedule on Defendant's Motion to Dismiss to Allow for Limited Discovery**; **Notice of Motion** to be served to the following counsel of record to be served via Electronic Mail, before the hour of 5:00 p.m.:

Robert A. Roth
Casey L. Westover
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000

Barry M. Golden
Peter L. Loh
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
(214) 999-4746

/s/ Caroline C. Plater
Caroline C. Plater

CH01/PLATC/230243.1