IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DYSON, INC., an Illinois Corporation,

        Plaintiff.

    v.

LINENS 'N' THINGS, INC., a Delaware
Corporation,

        Defendant.

No. 08-cv-2068

Honorable Virginia M. Kendall

## DYSON, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff, Dyson, Inc., by and through its attorneys, Kelley Drye & Warren LLP, makes the following disclosure to the Court:

1.     Dyson, Inc.'s parent corporation is Dyson Technology, Inc. (U.S.) and the parent of Dyson Technology, Inc. (U.S.) is Dyson International Ltd. (a U.K. Company).  Dyson, Inc. does not have any subsidiaries.

2.     No publicly held corporation owns 10% or more of Dyson, Inc.'s stock.

Dated: April 30, 2008

                           /s/ Caroline C. Plater
                         One of the Attorneys for Plaintiff,
                         DYSON, INC.

Henry T. Kelly, #6196301
Caroline C. Plater, #6256076
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/PLATC/230220.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois Corporation,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>LINENS 'N' THINGS, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | No. 08-cv-2068<br><br>Honorable Virginia M. Kendall |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 30th day of April, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Dyson, Inc.'s Corporate Disclosure Statement, a copy of which is attached and hereby served upon you.

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
DYSON, INC.

Henry T. Kelly, #6196301
Caroline C. Plater, #6256076
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/PLATC/230251.1

## <u>CERTIFICATE OF SERVICE</u>

Caroline C. Plater, an attorney, certifies that on the 30th day of April, 2008, she caused copies of Dyson, Inc.'s Corporate Disclosure Statement; Notice of Filing to be served to the following counsel of record to be served via Electronic Mail, before the hour of 5:00 p.m.:

Robert A. Roth
Casey L. Westover
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000

Barry M. Golden
Peter L. Loh
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
(214) 999-4746

/s/ Caroline C. Plater_____
Caroline C. Plater