UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Dyson, Inc.
          Plaintiff,

v.   Case No.: 1:08−cv−02068
    Honorable Virginia M. Kendall

Linens 'N Things, Inc
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: On the Court's own motion, the 5/8/08 Initial Status hearing is stricken and reset for 5/14/2008 at 9:00 AM. Joint Status Report due 5/9/2008. The 5/8/08 presentment date for Plaintiff#039;s Motion to Set Briefing to Allow for Limited Discovery [20] is stricken and reset for presentment on 5/14/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.