# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Dyson, Inc.
                    Plaintiff,

v.    Case No.: 1:08−cv−02068
      Honorable Virginia M. Kendall

Linens 'N Things, Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. This case is stayed pending disposition of defendant's bankruptcy proceedings. All pending motions are stricken without prejudice.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.