U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 CV 2068
DYSON, INC., Plaintiff
v.
LINENS 'N THINGS, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DYSON, INC.

| | |
|---|---|
| NAME (Type or print) <br> DAWN M. CANTY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Dawn M. Canty | |
| FIRM <br> KATTEN MUCHIN ROSENMAN, LLP | |
| STREET ADDRESS <br> 525 WEST MONROE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6200971 | TELEPHONE NUMBER <br> 312-902-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |