IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., an Illinois corporation, | ) |
| Plaintiff, | ) Case No. 08 CV 2068 |
| v. | ) Judge Virginia M. Kendall |
| LINENS 'N THINGS, INC., a Delaware Corporation, | ) Magistrate Judge Geraldine S. Brown |
| Defendant. | ) |

**STIPULATION OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that Katten Muchin Rosenman LLP, by Dawn M. Canty and Jonathan S. Feld, 525 West Monroe Street, Chicago, Illinois 60661, be and hereby is substituted for and in place of Kelley Drye & Warren, LLP, by Timothy R. Lavender and Caroline C. Plater, 333 West Wacker Drive, Suite 2600, Chicago, Illinois 60606, as counsel for Dyson, Inc.

Dated: August 20, 2008

**KELLEY DRYE & WARREN LLP**

By: _/s/ Caroline Plater_

Timothy R. Lavender
Caroline C. Plater
333 West Wacker Drive
Chicago, IL 60606

Outgoing Counsel for Dyson, Inc.

**KATTEN MUCHIN ROSENMAN LLP**

By: _/s/ Dawn M. Canty_

Dawn M. Canty
Jonathan S. Feld
525 W. Monroe Street
Chicago, Illinois 60661

Incoming Counsel for Dyson, Inc.

#50498034